# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MATTHEW LEE SPILLERS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | Case No. 5:25-cv-243-TES-CHW |
| | : | |
| **STATE OF GEORGIA,** | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER

*Pro se* Petitioner Matthew Lee Spillers, a prisoner confined in the Houston County CI in Perry, Georgia, has filed a document that was construed as a federal petition for writ of habeas corpus seeking relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). If Petitioner wishes to proceed with this action, he must recast his Petition using the Court's standard § 2254 form and submit it, with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*, within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

The Recast Petition will supersede (take the place of) the initial Petition (ECF No. 1). Petitioner should therefore include each of his claims for relief in his Recast Petition, even if he has also included those claims in the documents he has already filed with the Court. The Clerk is also directed to mail Petitioner another copy of the Court's order at ECF No. 2, which was returned to the Court as undeliverable with an notation indicating it

was "refused." It is unclear whether Petitioner refused the mail or whether the correctional facility did. Petitioner, however, is advised that this case is subject to dismissal if he refuses his mail. Petitioner must also notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

      **SO ORDERED**, this 14th day of July, 2025.

                                      s/ Charles H. Weigle
                                      Charles H. Weigle
                                      United States Magistrate Judge