IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MATTHEW LEE SPILLERS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:25-cv-243-TES-CHW |
| | : | |
| **STATE OF GEORGIA,** | : | |
| | : | |
| Respondent. | : | |
| | : | |

# ORDER

Pending before the Court is a pleading filed by *pro se* Petitioner Matthew Lee Spillers that has been docketed as a petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1). On July 14, 2025, the Court ordered Petitioner to recast his Petition on one of the Court's standard forms and either pay the Court's $5.00 filing fee or submit a motion for leave to proceed without payment of this fee. Petitioner was given fourteen (14) days to respond, and he was warned that the failure to fully and timely comply with the orders and instructions of the Court could result in the dismissal of this case. In addition, Petitioner was warned that the failure to keep the Court informed of any changes in his mailing address could result in the dismissal of this action. *See generally* ECF No. 4.

The time for compliance has expired without a response from Petitioner, presumably because all the correspondence mailed to Petitioner has been returned to the Court as undeliverable (ECF Nos. 3, 5). Petitioner has not notified the Court of his new

mailing address, but a search of the Georgia Department of Corrections' online offender query shows Petitioner may be housed in the Johnson State Prison.[1]  The Clerk is therefore **DIRECTED** to mail Petitioner another copy of the Court's orders (ECF Nos. 2, 4) and the proper forms, marked with the case number for this case, to Petitioner at Johnson State Prison.  Petitioner shall have **FOURTEEN** (14) days from the date of this Order to comply with the July 14th Order to recast his Petition on one of the Court's standard forms and either pay the Court's $5.00 filing fee or submit a motion for leave to proceed without payment of this fee.

Petitioner is reminded of his obligation to notify the Court immediately in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.**  There will be no service of process in this case until further order.

**SO ORDERED**, this 22nd day of August, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] *See* https://services.gdc.ga.gov/GDC/OffenderQuery/jsp/OffQryRedirector.jsp [https://perma.cc/AZ8Z-VR83] (searched Spillers, Matthew) (last visited Aug. 13, 2025).